**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PHILIPPE AJAVON,

        Plaintiff,

                                        Civil Case Number: 06-13476

v.

                                        DIST. JUDGE PAUL D. BORMAN

FORD MOTOR COMPANY,            MAG. JUDGE MONA K. MAJZOUB

        Defendant.

_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF:
(1) GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS;
AND (2) DENYING PLAINTIFF PHILIPPE AJAVON'S MOTION
FOR ORDER OF A RELIEF AWARD (DOCK. NO. 19)**

      Before the Court is the Magistrate Judge's May 31, 2007 Report and Recommendation in favor of granting Defendant's Motion to Dismiss and denying Plaintiff's Motion for Order of Relief Award. Having reviewed that Report and Recommendation, Plaintiff's objections thereto, and Defendant's response to those objections, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendant's Motion to Dismiss and DENYING Plaintiff's Motion for Order of Relief Award..

      **SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: July 23, 2007

                                CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 23, 2007.

                                                s/Denise Goodine
                                                Case Manager