# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PHILIPPE AJAVON,

       Plaintiff,

       CASE NO: 06-CV-13476

-vs-

       PAUL D. BORMAN

FORD MOTOR COMPANY,       UNITED STATES DISTRICT JUDGE

       Defendant.
_____ /

## ORDER DENYING
## (1) APPLICATION TO PROCEED ON APPEAL
## WITHOUT PREPAYMENT OF FEES AND
## (2) MOTION TO APPOINT COUNSEL

Having considered Plaintiff's application to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915,

IT IS ORDERED that the application is:

  X  **DENIED**, for the following reason:

1. Plaintiff appears to have sufficient funds as stated in his Application to Proceed *In Forma Pauperis*.

Further, upon consideration of Plaintiff's application for appointment of counsel, the Court hereby DENIES Plaintiff's application.

**SO ORDERED.**

       s/Paul D. Borman
       PAUL D. BORMAN
       UNITED STATES DISTRICT JUDGE

Dated: January 2, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 2, 2008.

                                                s/Denise Goodine
                                                Case Manager